# COMPLAINT
# EXHIBIT D



**U.S. Department
of Transportation
MARITIME
ADMINISTRATION**

1200 New Jersey Avenue, S.E.
Second Floor, West Building
W24-220, Mailstop #4
Washington, D.C. 20590

T. Mitchell Hudson, Jr., FOIA Officer
(202) 366-5320
Ann Herchenrider, FOIA Public Liaison
(202) 366-5165

FOIA Service Center
(202) 366-2666
Facsimile:  (202) 366-7485
Toll free:  (800) 996-2723, press "0"
Email address:  FOIA.MARAD@dot.gov

---

**VIA EMAIL**

October 8, 2021

Mr. Neal Bingham
Law Offices of Jerry C. Effren
25 West Union Street
Ashland, MA  01721
nbingham@effren.net

Control No. 22-0001-APPL

Dear Mr. Bingham:

The purpose of this letter is to acknowledge the receipt of your FOIA administrative appeal dated October 6, 2021 pursuant to the Freedom of Information Act 5 U.S.C. § 552(a)(6)(A).

For reasons you have stated in your letter, you are appealing the release determination made under MARAD FOIA control number 21-0085-FOIA.  MARAD issued its final release determination on September 29, 2021.

The FOIA Office received your request on October 7, 2021. Pursuant to 5 U.S.C. § 552(a)(6)(A)(ii), the agency is required to make a determination on the administrative appeal within twenty working days after its receipt.  Therefore, the date that a response is due is **November 5, 2021**.

Lastly, to assist this office in better serving you, please refer to FOIA Control Number **22-0001-APPL** when inquiring about your appeal.  If you have any questions or concerns, please do not hesitate to call the FOIA Service Center on (202) 366-7375.

Very truly yours,

Andrew Larimore
Freedom of Information Act Service Center

cc:     Helen Nieman
        FOIA Appeals Officer
        Helen.Nieman@dot.gov