## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:21-CV-11891-ADB

| | |
|---|---|
| WALEED SAYED,<br><br>*Plaintiff*<br><br>v.<br><br>MARITIME ADMINISTRATION,<br><br>*Defendant* | **MOTION TO EXTEND TIME FOR FILING JOINT SUBMISSION** |

The plaintiff, Waleed Sayed, hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, that this Court extend the parties' time for submitting a joint proposed schedule for fourteen (14) days. In support of this Motion, Plaintiff states as follows:

1. On January 5, 2022, the Court ordered that the parties submit a joint proposed schedule by January 19, 2022. (*Docket No. 7.*)

2. Undersigned counsel tested positive for COVID-19 on January 4, 2022 and has since been unwell and quarantining at home. As a result of continued symptoms from the virus, said counsel has not been in his office and has not been able to effectively attend to this case.

3. Plaintiff's counsel is hopeful that he will be able to return to the office later this week or early next week and therefore requests an extension of time for making the above-referenced submission.

3. Plaintiff's counsel has reached out to Defendant's counsel who has assented to this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court extend the time for the parties to file their joint submission to February 2, 2022.

Respectfully submitted,

/s/ Neal J. Bingham
Neal J. Bingham, BBO# 652029
**LAW OFFICES OF JERRY C. EFFREN**
25 West Union Street
Ashland, MA 01721
P: (508) 881-4950
F: (508) 881-7563
E: nbingham@effren.net

Date: January 17, 2022

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants and to those indicated as non-registered by First-Class Mail on this the 17th day of January 2022.

/s/ Neal J. Bingham
Neal J. Bingham, BBO# 652029